**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 18-MJ-3982     Date 2-20-20

USAO No. 2018R01175

The Government respectfully requests the Court to dismiss without prejudice the ___ Complaint ✓ Removal Proceedings in

United States v. Cecilia Joseph Akpan

The ~~Complaint/~~Rule 40 Affidavit was filed on May 10, 2018

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY
Sarah Mortazavi
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

2/21/20
DATE

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy